**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-55558-pwb |
| CORNELIA RENEE REDDING, | CHAPTER 7 |
| Debtor. | |

**WITHDRAWAL OF MOTION TO EXTEND**
**TIME TO FILE REAFFIRMATION AGREEMENT**

**COMES NOW** Cornelia Renee Redding, Debtor in the above-styled Chapter 7 case, and through counsel withdraws the *Motion to Extend Time to File Reaffirmation Agreement* filed on November 2, 2022 as docket entry number 15.

Respectfully submitted,
*/s/*
Thomas Reichard, GA Bar No. 150822
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I am over the age of 18 and that on this date I served a copy of the foregoing *Withdrawal of Motion to Extend Time to File Reaffirmation Agreement* by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

Cornelia Redding
P.O box 829
Stockbridge, GA 30281

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

SpringLight Financial
Angela Jones, Loss Mitigation Associate
500 E John Carpenter Freeway
Suite 180
Irving, TX 75062

Reprise Financial
P.O. Box 660252
Dallas TX 75266-0000

SpringLight Financial
Jessica R. Duran, Agent
500 E John Carpenter Freeway
Suite 180
Irving, TX 75062

Dated: 2/16/2023
*/s/*_____
Thomas Reichard, GA Bar No. 150822
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com